UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD WAYNE WHATLEY,<br><br>Plaintiff,<br><br>v.<br><br>THERESA CISNEROS, *et al.*,<br><br>Defendants. | 1:22-cv-00270-BAK (EPG) (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Reginald Wayne Whatley is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

**Within forty-five (45) days** from the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **No request for an extension of time will be granted without a showing of good cause**. **Failure to comply with this order will result in a recommendation for the dismissal of this action.**

IT IS SO ORDERED.

Dated:   **March 9, 2022**                              /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE