UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD WAYNE WHATLEY,<br><br>Plaintiff,<br><br>v.<br><br>THERESA CISNEROS, *et al.*,<br><br>Defendants. | 1:22-cv-00270-BAK (EPG) (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED INFORMA PAUPERIS<br><br>(ECF No. 8)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Reginald Wayne Whatley is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff has submitted an application to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915. Plaintiff's application, however, is incomplete. Plaintiff submitted only the first page of the application and did not sign the application. Because of these omissions, Plaintiff's IFP application must be denied with leave to refile.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 8), is DENIED without prejudice.
2. **Within thirty (30) days** from the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed or, in the

alternative, pay the $402.00 filing fee for this action.  **No request for an extension of time will be granted without a showing of good cause.  Failure to comply with this order will result in a recommendation for the dismissal of this action.**

3. The Clerk of Court is DIRECTED to attach to this Order a blank application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:  **March 23, 2022**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE