1

2

3

4

5

6

7

8                               **UNITED STATES DISTRICT COURT**

9                               **EASTERN DISTRICT OF CALIFORNIA**

10

11    REGINALD WAYNE WHATLEY,                 Case No.: 1:22-cv-0270 JLT CDB

12                   Plaintiff,               ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS, DISMISSING
13           v.                               PLAINTIFF'S CLAIM FOR PREMISE
                                              LIABILITY, AND DIRECTING THE ACTION
14    THERESA CISNEROS, et al.,               PROCEED ON THE COGNIZABLE CLAIMS

15                   Defendants.              (Doc. 25)

16

17           Reginald Wayne Whatley seeks to hold the defendants liable for violations of his civil

18    rights that occurred while Plaintiff was housed at the California Substance Abuse and Treatment

19    Facility at Corcoran.  (*See* Doc. 22.)  The magistrate judge screened Plaintiff's amended

20    complaint pursuant to 28 U.S.C.§ 1915A(a) and found Plaintiff stated cognizable claims for a

21    violation of his civil rights under the Eighth Amendment and negligence.  (Doc. 25 at 6-9.)

22    However, the magistrate judge found Plaintiff did not state a cognizable claim for premise

23    liability.  (*Id.* at 10.)  Therefore, the magistrate judge recommended the action proceed only on

24    the cognizable claims and the claim for premise liability be dismissed.  (*Id.* at 11.)

25           The Court served the Findings and Recommendations on Plaintiff and notified him that

26    any objections were due within 14 days.  (Doc. 25 at 11.) The Court advised him that the

27    "[f]ailure to file objections within the specified time may result in the waiver of rights on appeal."

28    (*Id.* at 12, citing Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not

1  file objections, and the time to do so has passed.

2         According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this

3  case. Having carefully reviewed the matter, the Court concludes the Findings and

4  Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

5         1.      The Findings and Recommendations issued on October 11, 2024 (Doc. 25) are

6                 **ADOPTED** in full.

7         2.      The action **SHALL** proceed *only* on Plaintiff's Eighth Amendment conditions of

8                 confinement claims (claim one) and state law negligence claims (claim two).

9         3.      Plaintiff's claim for premise liability (claim three) is **DISMISSED**.

10        4.      This action is referred to the magistrate judge for further proceedings.

11

12  IT IS SO ORDERED.

13     Dated:    **November 2, 2024**

        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28