UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD WAYNE WHATLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THERESA CISNEROS, et al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-00270-JLT-CDB<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>(Doc. 35)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT WITHIN 21 DAYS** |

**I.     RELEVANT BACKGROUND**

Plaintiff initiated this action pro se on March 3, 2022, with the filing of his original complaint. (Doc. 1.)

Following screening (*see* Docs. 17 & 25), this action proceeds on Plaintiff's Eighth Amendment conditions of confinement claims and state law negligence claims (*see* Doc. 26).

Defendants Allison, Baer, and Cisneros filed an answer to Plaintiff's operative complaint on February 5, 2025. (Doc. 33.)

On February 7, 2025, the Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 120 Days. (Doc. 34.)

On February 19, 2025, attorney Royal DL Bond filed a Consent Order Granting

1    Substitution of Attorney form (the docket entry for the AO 154 form reads "Notice of
2    Appearance"). (*See* Doc. 35.) Thereafter, the docket for this action has reflected that Plaintiff is
3    represented by attorney Bond.

4    When Defendants filed a notice opting out of early settlement conference proceedings on
5    March 21, 2025 (*see* Doc. 36), the Court issued its Order Lifting Previously Imposed Stay and
6    Order Directing Clerk of the Court to Issue Discovery and Scheduling Order on that same date
7    (*see* Doc. 37; *see also* Doc. 38). Attorney Bond was served copies of these orders via the Court's
8    Case Management/Electronic Case Files (CM/ECF) system.

9    Thereafter, on July 21, 2025, Defendants filed a motion for partial summary judgment
10   based upon exhaustion. (Doc. 39.)

11   When more than 21 days passed without Plaintiff filing either an opposition or statement
12   of non-opposition to Defendants' pending motion, the Court reviewed the docket for this action.
13   It discovered the filing of February 19, 2025, concerning the substitution of attorney Bond as
14   Plaintiff's attorney of record in this action, had not yet been granted. The Court herein corrects
15   that circumstance and will direct Plaintiff to file a response to the pending motion within 21 days.

16   **II.   DISCUSSION**

17   *Substitution of Attorney*

18   The Court inadvertently failed to grant the substitution of attorneys in this matter
19   following its submission on February 19, 2025. Although attorney Bond has received electronic
20   notice of all filings and orders issued thereafter via the CM/ECF system, the Court presumes
21   attorney Bond has taken no action considering the Court's failure to issue a ruling. The Court will
22   grant and approve the substitution.

23   *Response to Defendants' Pending Motion*

24   Defendants' partial summary judgment motion concerning exhaustion is pending on the
25   docket. Local Rule 230(*l*), applicable to motions in prisoner civil rights actions, provides that
26   "[o]pposition, if any, to the granting of the motion shall be served and filed by the responding
27   party not more than twenty-one (21) days after the date of service of the motion. A responding
28   party who has no opposition to the granting of the motion shall serve and file a statement to that

effect ….." Local Rule 230(*l*). As noted above, Defendants filed their motion on July 21, 2025, making any opposition or statement of non-opposition due no later than August 11, 2025. Because the Court will grant the substitution, Plaintiff will be directed to file an opposition or statement of non-opposition to Defendants' partial summary judgment motion within 21 days.

### III.     CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS**:

1. The substitution of attorney filed February 19, 2025 (Doc. 35) is **GRANTED**; and
2. Plaintiff **SHALL** file any opposition or statement of non-opposition to Defendants' motion (Doc. 39) **no later than 21 days from the date of this order**.

IT IS SO ORDERED.

Dated:   **August 14, 2025**

UNITED STATES MAGISTRATE JUDGE

3