ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General
ROBERT W. HENKELS
Deputy Attorney General
State Bar No. 255410
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (510) 510-3881
  Fax:  (415) 703-5843
  E-mail:  Robert.Henkels@doj.ca.gov
*Attorneys for Defendants*
*K. Allison, T. Cisneros, and A. Baer*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **REGINALD WAYNE WHATLEY,**<br><br>                                Plaintiff,<br><br>    v.<br><br>**THERESA CISNEROS, et al.,,**<br><br>                                Defendants. | CASE NO. 1:22-cv-00270 JLT CDB<br><br>**ORDER GRANTING JOINT STIPULATION TO REQUEST MODIFICATION OF DISCOVERY AND SCHEDULING ORDER [ECF No. 38]**<br><br>Judge:    The Honorable<br>             Jennifer L. Thurston<br><br>Magistrate  The Honorable<br>Judge:       Christopher D. Baker |

Pursuant to Civil Local Rule 144(a), Plaintiff Reginald Whatley ("Plaintiff") and Defendants K. Allison, T. Cisneros, and A. Baer ("Defendants" and, collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on March 21, 2025, the Court issued its Discovery and Scheduling Order (ECF No. 38);

1  WHEREAS, the current deadline to complete discovery is November 21, 2025 (ECF No. 38);

2  WHEREAS, Defendants' counsel has transferred to another position, and Defendants' new counsel just recently appeared on November 6, 2025 (ECF No. 45);

3  WHEREAS, although Defendants have been granted a minor extension of time to respond to the complaint (ECF No. 32), the Parties have not previously sought any prior modifications of the Court's Discovery and Scheduling Order or of any deadlines contained within that Order; And

4  WHEREAS, the Parties agree that good cause supports a two-month extension of deadlines to allow defense counsel time to familiarize himself with this matter and complete discovery.

*Remainder of This Page Intentionally Left Blank*

NOW, THEREFORE, the Parties propose the following amendments to the case schedule (ECF No. 38), subject to the Court's approval, which will allow them sufficient time to complete fact discovery and prepare for and file dispositive motions:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | November 21, 2025 | January 21, 2026 |
| Last Day to File Dispositive Motions | January 29, 2026 | March 30, 2026 |

IT IS SO STIPULATED

Dated: November 19, 2025

                                                                                                      ROB BONTA
                                                                                                      Attorney General of California
                                                                                                       JEFFREY T. FISHER
                                                                                                       Supervising Deputy Attorney General

/s/ *Robert W. Henkels*
ROBERT W. HENKELS
Deputy Attorney General
*Attorneys for Defendants*

Dated: November 19, 2025

**BOND LAW LEGAL GROUP**

Royal DL Bond, Esq.,
Attorneys for PLAINTIFF

IT IS SO ORDERED.

Dated:  **November 21, 2025**

UNITED STATES MAGISTRATE JUDGE