Royal DL Bond, Esq. SBN 346254
**BOND LAW LEGAL GROUP**
30141 Antelope Rd. D228
1(844) 476-9254| 1(844) 464-0904
royal@bondlawlegal.com
*Attorney for Plaintiff*, REGINALD WAYNE WHATLEY


Rob Bonta
Attorney General of California
Jeffrey T. Fisher
Supervising Deputy Attorney General
Robert W. Henkels
Deputy Attorney General
State Bar No. 255410
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (510) 510-3881
 Fax: (415) 703-5843
 E-mail: Robert.Henkels@doj.ca.gov
*Attorneys for Defendants*
*K. Allison, T. Cisneros, and A. Baer*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD WAYNE WHATLEY,<br><br>Plaintiff,<br><br>vs.<br><br>THERESA CISNEROS, et al.<br><br>Defendant(s). | Case No.: 1:22-cv-00270-JLT-CDB<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING MODIFICATION OF DISCOVERY AND SCHEDULING ORDER**<br><br>**Judge: Hon.: Jennifer L. Thurston**<br>**Mag. Judge: Hon. Christopher D. Baker** |

Pursuant to Local Rule 144(a) and Fed. R. Civ. P. 6, Plaintiff Reginald Wayne Whatley

("Plaintiff") and Defendants K. Allison, T. Cisneros, and A. Baer ("Defendants" and,

JOINT STIPULATION REQUESTING MODIFICATION OF DISCOVERY AND SCHEDULING ORDER
1

collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

On March 21, 2025, the Court issued its Discovery and Scheduling Order (ECF No. 38);

On November 11, 2025, the Parties agreed to continue the close of fact discovery from November 21, 2025 to January 21, 2026 and the last day to file dispositive motions from January 29, 2026 to March 30, 2026 (ECF No. 48);

Counsel for Plaintiff is currently engaged in a criminal trial, Defense Counsel has had difficulties coordinating the deposition of Plaintiff who is currently incarcerated, and both parties have met and conferred with the understanding of the new proposed dates and agree as to those dates;

The Parties agree that good cause exist to support an additional 60 day extension to allow for the coordination of the deposition as well as for all Parties to finalize remaining Discovery issues and complete Discovery;

THEREFORE, the Parties propose the following amendments to the Discovery and Scheduling Order which will allow for sufficient time to complete fact Discovery and prepare for and file dispositive motions:

*Remainder of This Page Intentionally Left Blank*

JOINT STIPULATION REQUESTING MODIFICATION OF DISCOVERY AND SCHEDULING ORDER
2

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Close of Fact Discovery | January 21, 2026 | March 20, 2026 |
| Last Day to File Dispositive Motions | March 30, 2026 | May 25, 2026 |

IT IS SO STIPULATED

Dated: January 20, 2026                    **BOND LAW LEGAL GROUP**

                                            _/s/ Royal DL Bond
                                            Royal DL Bond
                                            Attorney for PLAINTIFF


Dated: January 20, 2026                    Rob Bonta
                                            Attorney General of California
                                            Jeffrey T. Fisher
                                            Supervising Deputy Attorney General

                                            /s/ Robert W. Henkels
                                            Robert W. Henkels
                                            Deputy Attorney General
                                            *Attorneys for Defendants*

    IT IS SO ORDERED.

        Dated:    **January 21, 2026**        _____
                                            UNITED STATES MAGISTRATE JUDGE