**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINALD WAYNE WHATLEY, | Case No.: 1:22-cv-00270 JLT CDB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| THERESA CISNEROS, et al., | (Doc. 59) |
| Defendants. | |

Plaintiff seeks to hold the defendants liable for civil rights violations pursuant to 42 U.S.C. § 1983. The assigned magistrate judge issued Findings and Recommendations, recommending Defendants' motion for partial summary judgment re exhaustion be denied concerning Plaintiff's claims against Defendant Allison. (Doc. 59.) The Court served the Findings and Recommendations on the parties, notified them that objections were due in 14 days, and warned them that "[f]ailure to file objections within the specified time may result in waiver of rights on appeal." (*Id*. at 16-17, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014). No objections have been filed and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.  The Findings and Recommendations issued on February 18, 2026 (Doc. 59) are

**ADOPTED** in full.

2. Defendants' partial motion for summary judgment is **DENIED**.

3. This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **March 6, 2026**

UNITED STATES DISTRICT JUDGE

2