ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General
ROBERT W. HENKELS
Deputy Attorney General
State Bar No. 255410
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (510) 510-3881
  Fax:  (415) 703-5843
  E-mail:  Robert.Henkels@doj.ca.gov
*Attorneys for Defendants*
*K. Allison, T. Cisneros, and A. Baer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **REGINALD WAYNE WHATLEY,**<br><br>Plaintiff,<br><br>*v.*<br><br>**THERESA CISNEROS, et al.,,**<br><br>Defendants. | CASE NO. 1:22-cv-00270 JLT CDB<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING MODIFICATION OF DISCOVERY AND SCHEDULING ORDER** |

Pursuant to Civil Local Rule 144(a), Plaintiff Reginald Whatley ("Plaintiff") and Defendants K. Allison, T. Cisneros, and A. Baer ("Defendants" and, collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on January 21, 2026, the Court modified its Discovery and Scheduling Order to permit discovery until March 20, 2026 to allow Defendants to take Plaintiff's deposition (ECF No. 58);

WHEREAS, Defendants deposed Plaintiff on March 19, 2026;

WHEREAS, the Parties' current deadline to file for summary judgment is May 25, 2026

1

(ECF No. 58);

WHEREAS, since Plaintiff's deposition, the parties have begun settlement discussions to see if they can avoid unnecessary cost and burden associated with the preparation and opposition of a motion for summary judgment and any further litigation that may entail;

WHEREAS, the Parties require additional time to explore settlement options and fear that settlement may prove impossible once they are required to sink additional time and cost into summary judgment;

WHEREAS, counsel for both parties are currently experiencing abnormally impacted schedules. Plaintiff's counsel is currently in trial and Defendant's counsel is currently putting together a motion for summary judgment on behalf of defendants in a consolidated matter that includes over 90 separate cases. Defendants also require additional time to discuss settlement with their clients and to obtain any approvals necessary;

WHEREAS, since Defendants' counsel appeared in this case on November 6, 2025 (ECF No. 45), this Court granted requested extensions on November 21, 2025 (ECF No. 49) and January 21, 2026 (ECF No. 58);

WHEREAS, the Parties agree that good cause supports a sixty-day extension of the dispositive motion deadline to allow them to adequately evaluate settlement options and prepare and defend a motion for summary judgment, if necessary.

NOW, THEREFORE, the Parties propose the following amendments to the case schedule (ECF No. 38), subject to the Court's approval, which will allow them sufficient time to evaluate settlement and prepare for and file dispositive motions:

///

///

2

| Event | Current Deadline | New Deadline |
|---|---|---|
| Last Day to File Dispositive Motions | May 25, 2026 | July 24, 2026 |

IT IS SO STIPULATED

Dated:  May 21, 2026

ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General

/s/ *Robert W. Henkels*
ROBERT W. HENKELS
Deputy Attorney General
*Attorneys for Defendants*

Dated:  May 21, 2026

**BOND LAW LEGAL GROUP**

 /s/ *Royal DL Bond*
Royal DL Bond, Esq.,
Attorneys for PLAINTIFF

## ORDER ON STIPULATION

Good cause appearing based on their stipulated representations, the parties' request to continue the deadline to file dispositive motions is GRANTED.  Accordingly, the parties shall file any dispositive motion no later than July 24, 2026.

IT IS SO ORDERED.

Dated:  **May 26, 2026**

UNITED STATES MAGISTRATE JUDGE